IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WALTER JEFFERSON

    Plaintiff,

VS.                                      CASE NO. 04-02818 D/P

HEARTLAND AUTOMOTIVE SERVICES, INC.
D/B/A JIFFY LUBE,

    Defendant.

### [PROPOSED] ORDER ON MOTION AND MEMORANDUM OF HEARTLAND AUTOMOTIVE SERVICES, INC. d/b/a JIFFY LUBE TO EXTEND THE DISCOVERY PERIOD

BEFORE THE COURT is the Motion and Memorandum of Heartland Automotive Services, Inc. d/b/a Jiffy Lube to Extend the Discovery Period. For good cause shown, the defendant's motion is GRANTED.

It is hereby ORDERED that the discovery deadline is extended through and including June 15, 2005.

SO ORDERED.

_S. Thomas Anderson_
U.S. DISTRICT JUDGE

Date: May 04, 2005

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of April, 2005 a copy of the above and foregoing was deposited in the United States mail, postage pre-paid to:

Walter Jefferson
650 Blackhawk
Memphis, TN  38109

**Pro se Plaintiff**

_____
Douglas F. Halijan

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02818 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Walter Jefferson
650 Blackhawk
Memphis, TN 38109

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Kimberly A. Jones
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main St.
Ste. 1000
Kansas City, MO 64112

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Christi J. Hilker
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main St.
Ste. 1000
Kansas City, MO 64112

Honorable Bernice Donald
US DISTRICT COURT