IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WALTER JEFFERSON

    Plaintiff,

vs.    NO.  04-2818- D An

HEARTLAND AUTOMOTIVE SERVICES, INC.
d/b/a JIFFY LUBE,

    Defendant.

## ORDER ON DEFENDANT'S COMBINED MOTION AND MEMORANDUM FOR ENTRY OF JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

BEFORE THE COURT is the Motion and Memorandum for Entry of Judgment on Defendant's Motion for Summary Judgment. For good cause shown, the defendant's motion is GRANTED.

IT IS HEREBY ORDERED that summary judgment is granted in defendant's favor on plaintiff's claim for negligence.

SO ORDERED.

U.S. DISTRICT JUDGE

Date:

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to Mr. Walter Jefferson, 650 Blackhawk, Memphis, TN  38109 (pro se plaintiff) this 23rd day of August, 2005.

_____
Douglas F. Halijan

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02818 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Walter Jefferson
650 Blackhawk
Memphis, TN 38109

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Kimberly A. Jones
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main St.
Ste. 1000
Kansas City, MO 64112

Christi J. Hilker
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main St.
Ste. 1000
Kansas City, MO 64112

Honorable Bernice Donald
US DISTRICT COURT