# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 26 PM 3: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**WALTER JEFFERSON**  

v.

**HEARTLAND AUTOMOTIVE SERVICES, INC. d/b/a JIFFY LUBE**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2818-D**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order On Defendant's Combined Motion And Memorandum For Entry Of Judgment On Defendant's Motion For Summary Judgment entered on September 15, 2005, this cause is hereby dismissed.

**APPROVED:**

_(signed)_
**BERNICE B. DONALD**
UNITED STATES DISTRICT COURT

September 26, 2005
Date

**THOMAS M. GOULD**

_____
Clerk of Court

_(signed)_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02818 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Kimberly A. Jones
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main St.
Ste. 1000
Kansas City, MO 64112

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Christi J. Hilker
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main St.
Ste. 1000
Kansas City, MO 64112

Walter Jefferson
650 Blackhawk
Memphis, TN 38109

Honorable Bernice Donald
US DISTRICT COURT